**United States District Court**
**For the Northern District of California**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TEAUNA L. VICK,

    Plaintiff,

  v.

RADIOSHACK CORPORATION,

    Defendant.
_____/

No. C 05-02782 JSW

**ORDER CONTINUING CASE MANAGEMENT CONFERENCE**

    The Court has received the parties' notice of settlement and HEREBY CONTINUES the Case Management Conference until Friday, December 2, 2005 at 1:30 p.m.  That date shall be vacated automatically upon receipt of a notice of dismissal.

    **IT IS SO ORDERED.**

Dated: October 3, 2005

                                                JEFFREY S. WHITE
                                                UNITED STATES DISTRICT JUDGE