Franklin Employment Law Group
Eugene T. Franklin [SBN124881]
Barbara F. Green [SBN 150320]
Attorneys At Law
22762 Main Street
Hayward, California 94541
(510) 538-0969

Attorneys for Plaintiff
TeAuna L. Vick

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| TeAuna L. Vick, | ) Case No.: C 05-02782JSW |
|---|---|
| Plaintiff, | ) **STIPULATED DISMISSAL OF ACTION** |
| vs. | ) **(FRCP RULE 41(a))** |
| RadioShack Corporation and Does 1-50, Inclusive, | ) |
| Defendants. | ) |

Plaintiff TeAuna L. Vick and Defendant RadioShack Corporation, by and through their attorneys of record, hereby stipulate as follows:

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, the above-captioned action shall be and is hereby dismissed in its entirety with prejudice as against each and every Defendant. Each party shall bear its own costs and fees.

Dated: October 26, 2005   FRANKLIN EMPLOYMENT LAW GROUP

By: /s/
Eugene T. Franklin
Attorney for Plaintiff
Teauna L. Vick

Dated: September 28, 2005   MORGAN, LEWIS & BOCKIUS, LLP

By: /s/
Tracy Thompson
Attorney for Defendant
Tandy Corporation Dba Radio Shack

-1-